1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.                    JS-6
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc

7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**JOSE CANTERO,**<br><br>**Defendant.** | **CASE NO. 2:14-cv-08863-WDK-PLA**<br><br><br>**JUDGMENT** |

8
9
10
11
12
13
14
15
16

17    **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**

**ATTORNEY/S OF RECORD:**

18
19    By and through their counsel, the Parties to the above-entitled action hereby stipulate and

respectfully request that judgment in the amount of Thirty Seven Thousand Five Hundred Dollars
20
($37,500.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J SPORTS
21
PRODUCTIONS, INC., and against JOSE CANTERO, individually and d/b/a PACIFIC AUTO
22
REPAIR, subject to the terms set forth immediately below.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATED JUDGMENT
CASE NO.2:14-cv-08863-WDK-PLA
Page 1

1   The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said

2   judgment and further request that this Honorable Court enter the requested and stipulated judgment

3   only in the event of default of the Parties' settlement agreement and written notification of same to

4   this Honorable Court by counsel of record.

5

6

7

8   **IT IS SO ORDERED**:

9

10   _____           Dated:  July 2, 2015

11   **The Honorable William D. Keller**
    **United States District Court**

12   **Central District of California**

13

14

15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATED JUDGMENT
CASE NO.2:14-cv-08863-WDK-PLA
Page 2